UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: A. Benjamin Goldgar  
Hearing Date: 7/21/2011  
Bankruptcy Case No.: 11-16628  
Adversary No.:  
Title of Case: In re: John Schmit and Catherine Schmit  

Brief Statement of Motion: Modification of Chapter 13 Plan

Names and Addresses of moving counsel:  
John J. Ellmann/ David M. Siegel and Associates  
790 Chaddick Drive  
Wheeling, IL 60090  

Representing: Debtors

## ORDER

The plan is modified in §G to add:

3. On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall also tender the full amount of each year's tax refund, received while the case is pending to the Chapter 13 trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 days of receipt of each of such refunds by the debtors. Provided, that this does not preclude debtor from moving the court for permission to use all or part of any refund for other purposes, such as purchase of an automobile, which is necessary for debtors' employment, or other expenditures not in the ordinary course.

*[signature]*

6/11/99