# Withdrawal of Claim

**Date**    December 20, 2011

**To:**    Marilyn O. Marshall    224 S. Michigan Ave. – Ste. 800 – Chicago, IL 60604
Chapter 13 Trustee    Phone: 312-431-1300 - – Fax: 312-431-1656

**Debtor's Name(s)**    John W. Schmit & Catherine A. Schmit

**Debtor's Case #**    11 B 16628

**From: Creditor's Name**    Cook County Treasurer's Office
Legal Department

**Creditor's Address**    118 North Clark Street – Room 112

Chicago, IL 60602

**Represented By**
**(if applicable)**    Cook County State's Attorney's Office

## PLEASE WITHDRAW THE FOLLOWING CLAIM:

| Date Filed | Amount of Claim | PIN/Account Number |
|---|---|---|
| 04/19/2011 | $6,009.56 | 08-24-401-072-0000 |

**Reason:**    ☒ Paid in full    ☐ Duplicate    ☐ Other

**Comments:**

*Marilyn Fleming (for J. Mullean)*
Signature of Creditor or Representative

Cook County State's Attorney's Office
**Firm**

312-603-4713            312-603-5797
**Phone**            **Fax**